UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| PAMELA K. MORAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. |
| | ) | |
| WALMART ASSOCIATES, INC., | ) | **Removed from Outagamie Circuit Court** |
| | ) | **Cause No. 09 CV 695** |
| Defendant. | ) | |

## **APPEARANCE**

Susan M. Zoeller of the law firm of Barnes & Thornburg LLP hereby enters her Appearance on behalf of Defendant Walmart Associates, Inc. in the above-captioned matter.

Respectfully submitted,

*s/Susan M. Zoeller*
Susan M. Zoeller
E-mail: susan.zoeller@btlaw.com
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served this 23rd day of April, 2009, by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to the following:

>Bree A. Madison
>SILTON SEIFERT CARLSON, S.C.
>331 East Washington Street
>Appleton, WI 54911

>*s/Susan M. Zoeller*
>Susan M. Zoeller

INDS02 JSH 1044125v1