UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| PAMELA K. MORAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. |
| | ) | |
| WALMART ASSOCIATES, INC., | ) | **Removed from Outagamie Circuit Court** |
| | ) | **Cause No. 09 CV 695** |
| Defendant. | ) | |

## APPEARANCE

Katherine Stotler Bayt of the law firm of Barnes & Thornburg LLP hereby enters her

Appearance on behalf of Defendant Walmart Associates, Inc. in the above-captioned matter.

Respectfully submitted,

*s/Katherine Stotler Bayt*
Katherine Stotler Bayt (1060855)
E-mail: katie.bayt@btlaw.com
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone:     (317) 236-1313
Facsimile:     (317) 231-7433

Attorneys for Defendant

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served this 23rd day of April, 2009, by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to the following:

Bree A. Madison
SILTON SEIFERT CARLSON, S.C.
331 East Washington Street
Appleton, WI 54911

*s/Katherine Stotler Bayt*
Katherine Stotler Bayt

INDS02 JSH 1044127v1