# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

**Green Bay Division**

125 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490

JON W. SANFILIPPO
CLERK

TEL: 920-884-3720
FAX: 920-884-3724
*www.wied.uscourts.gov*

April 28, 2009

Bree A. Madison
Silton Seifert Carlson S.C.
331 E. Washington St.
Appleton, WI 54911

Katherine S. Bayt
Susan M. Zoeller
Barnes Thornburg LLP
1313 Merchants Bank Bldg.
Indianapolis, IN 46204

Re:     **Pamela K. Moran v. Walmart Associates, Inc.**
        **Case No. 09-C-417**

Dear Counsel:

The parties have now appeared in the above-entitled action, which has been assigned to U.S. District Judge William C. Griesbach.  Pursuant to Federal Rule of Civil Procedure 16(b), the court will initiate and conduct a telephone scheduling conference on **June 19, 2009** at **9:00 a.m.**.

The purpose of the conference will be to establish a scheduling order which will limit the time:

1.      to join other parties and to amend the pleadings;
2.      to file and hear motions;
3.      to complete discovery; and
4.      to disclose experts.

The scheduling order may also include the date or dates for subsequent Rule 16 conferences, a final pretrial conference and trial as well as any other matters appropriate in the circumstances of the case.

The time limitations set forth in the scheduling order shall not be modified except upon a showing of good cause and by leave of the court.  Fed. R. Civ. P. 16(b)(6).

Special attention should be given to Fed. R. Civ. P. Rule 26(f) which requires the parties to conduct a settlement/discovery conference at least twenty-one (21) days prior to the initial scheduling conference referenced above.  The Rule 26(f) conference between the parties may be conducted by telephone.

Dockets.Justia.com

Rule 26 also mandates that the parties file a written report outlining the proposed discovery plan they have developed at their Rule 26(f) conference.  The parties' Rule 26(f) report is to be electronically filed with the court no later than June 5, 2009 using the courts electronic case filing system.

In addition to the matters specified in subsections (1)-(4) of Rule 26(f) Fed. R. Civ. P., the court requests that the proposed discovery plan submitted by the parties include a very brief statement of the nature of the case, limited in length to several sentences.  The parties shall also include telephone numbers where they can be reached for the conference.

Very truly yours,

JON W. SANFILIPPO
Clerk of Court

s/ Cheryl A. Veazie
Deputy Clerk