UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| PAMELA K. MORAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALMART ASSOCIATES, INC., )<br>)<br>Defendant. ) | Civil Case No. 1:09-cv-00417-WCG<br><br>**Removed from Outagamie Circuit Court**<br>**Cause No. 09 CV 695** |

## CERTIFICATE OF INTEREST
## PURSUANT TO GENERAL L.R. 83.9

The undersigned, counsel of record for Wal-Mart Stores East, L.P., and the inappropriately identified Defendant Wal-Mart Associates, Inc., furnishes the following list in compliance with General L.R. 83.9.

(1) **The full name of every party the attorney represents:**

Inappropriately identified Defendant Wal-Mart Associates, Inc.

(2) **If the party is a corporation:**

a. **Parent Corporation**: Wal-Mart Stores, Inc. is the parent corporation of Wal-Mart Associates, Inc. There is no parent company for Wal-Mart Stores, Inc.

b. **List of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party**: None.

Dockets.Justia.com

c. **The names of all law firms whose partners or associates appear for the party or are expected to appear for the party in this Court**:

> BARNES & THORNBURG LLP
> 11 S. Meridian Street
> Indianapolis, Indiana 46204

> Respectfully submitted,
>
> *s/ Katherine Stotler Bayt*
> Susan M. Zoeller (19959-49)
> E-mail: susan.zoeller@btlaw.com
> Katherine Stotler Bayt (23997-22)
> E-mail: kbayt@btlaw.com
> **BARNES & THORNBURG LLP**
> 11 S. Meridian Street
> Indianapolis, Indiana 46204
> Telephone: (317) 236-1313
> Facsimile: (317) 231-7433
>
> Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 29th day of April, 2009, by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to the following:

> Bree A. Madison
> SILTON SEIFERT CARLSON, S.C.
> 331 East Washington Street
> Appleton, WI 54911

> *s/Katherine Stotler Bayt*
> Katherine Stotler Bayt

INDS02 JSH 1044113v1