UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
Green Bay Division

PAMELA K. MORAN,

       Plaintiff,

v.

WALMART ASSOCIATES, INC.,

       Defendant.

Civil Case No. 09-cv-417

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Plaintiff Pamela K. Moran, furnishes the following list in compliance with CIV L.R. 83.9,

1. Full Name of Parties Represented by the Undersigned: Pamela K. Moran.

2. Plaintiff Pamela K. Moran is an individual.

3. Silton Seifert Carlson, S.C. is the only law firm that will appear on behalf of the Plaintiff Pamela K. Moran.

Dated this  30th  day of April, 2009.

s/ Bree A. Madison
Wis. Bar. No. 1065713
Attorneys for Plaintiff
Silton Seifert Carlson, S.C.
331 E. Washington St.
Appleton WI 54911
Telephone: (920) 739-2366
Facsimile: (920) 739-8893
Bree.Madison@sscglaw.com

Dockets.Justia.com