UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
Green Bay Division

---

PAMELA K. MORAN,

              Plaintiff

**CERTIFICATE OF SERVICE**
**(Certificate of Interest)**

v.

Civil Case No. 09-cv-417

WALMART ASSOCIATES, INC.,

              Defendant.

---

      I hereby certify that on April 30th, 2009, I electronically filed a Certificate of Interest for the Plaintiff Pamela K. Moran with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Attorney Katherine Stotler Bayt
Attorney Susan M. Zoeller

and I hereby certify that I have mailed by United States Postal Service the document to the following non ECF participants:

Not Applicable

                                                        s/ Bree A. Madison
                                                        Wis. Bar. No. 1065713
                                                        Attorneys for Plaintiff
                                                        Silton Seifert Carlson, S.C.
                                                        331 E. Washington St.
                                                        Appleton WI  54911
                                                        Telephone: (920) 739-2366
                                                        Facsimile: (920) 739-8893
                                                        Bree.Madison@sscglaw.com