# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**PAMELA K. MORAN**

                Plaintiff(s),         **RULE 16 TELEPHONE**

    v.                                  **SCHEDULING CONFERENCE**

**WALMART ASSOCIATES, INC.**               Case No. 09-C-417

                Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH, presiding     Tape: N/A
Deputy Clerk: Terri                                     Hearing Began: 9:00 a.m.
Proceeding Held: June 19, 2009                  Hearing Ended: 9:08 a.m.

**Appearances:**

    **Plaintiff(s):**     Bree A. Madison

    **Defendant(s):**     Katherine S. Bayt

**Scheduling:**

| | |
|---|---|
| Initial Disclosures: | Plaintiff by 07/19/2009; Defendant by 08/19/2009 |
| Amended Pleadings: | 07/19/2009 |
| Expert Disclosure (Plaintiff): | 10/19/2009 (Liability) |
| Expert Disclosure (Defendant): | 11/19/2009 (Liability) |
| Discovery: | 12/19/2009 (Liability) |
| Dispositive Motions: | 12/19/2009 |
| Final Pretrial Conference: | |
| ☐ Jury Trial ☐ Court Trial: | |
| Trial Estimate: | |
| ☐ TC ☐ SC ☐ HRG set for: | |

☒ Dates entered on court calendar

Parties advised as to availability of mediation with magistrate judge.