UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

PAMELA K. MORAN,

      Plaintiff,

v.                                                    Civil Case No. 1:09-cv-00417-WCG

WALMART ASSOCIATES, INC.,                    **Removed from Outagamie**
                                             **County Case No. 09 CV 695**
      Defendant.

## STIPULATION AND ORDER FOR DISMISSAL

      The parties, by their attorneys, stipulate that the action against Walmart Associates, Inc.

be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs to either

party, and that an order to that effect be entered without further notice or a hearing.

      Dated this 20th day of October, 2009.


s/*Katherine Stotler Bayt*                    s/*Bree A. Madison*
Katherine Stotler Bayt Bar Number: 1060855    Bree A. Madison Bar Number: 1065713
Susan M. Zoeller                              Attorney for Plaintiff
Attorneys for Defendant                       Silton Seifert Carlson, S.C.
Barnes & Thornburg, LLP                       331 East Washington Street
11 S. Meridian Street                         Appleton, Wisconsin 54911
Indianapolis, Indiana 46204                   Telephone: (920) 739-2366
Telephone: (317) 236-1313                     Fax: (920) 739-8893
Fax: (317) 231-7433                           bree.madison@sscglaw.com
E-mail: Katie.bayt@btlaw.com

Dockets.Justia.com