UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

PAMELA K. MORAN,

    Plaintiff,

v.                                                                      Civil Case No. 1:09-cv-00417-WCG

WALMART ASSOCIATES, INC.,                      **Removed from Outagamie County Case No. 09 CV 695**

    Defendant.

## CERTIFICATE OF SERVICE

    I hereby certify that on October 21, 2009, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following: Katherine Stotler Bayt, Barnes & Thornburg, LLP, 11 S. Meridian Street, Indianapolis, Indiana 64204.

    Dated this 21th day of October, 2009.

                                *s/Bree A. Madison*
                                Bree A. Madison Bar Number: 1065713
                                Attorney for Plaintiff
                                Silton Seifert Carlson, S.C.
                                331 East Washington Street
                                Appleton, Wisconsin 54911
                                Telephone: (920) 739-2366
                                Fax: (920) 739-8893
                                bree.madison@sscglaw.com