UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

PAMELA K. MORAN,

    Plaintiff,

v.                                             Civil Case No. 09-C-00417

WALMART ASSOCIATES, INC.,        **Removed from Outagamie County Case No. 09 CV 695**

    Defendant.

## ORDER FOR DISMISSAL

Based on the stipulation for voluntary dismissal signed by all of the parties,

**IT IS ORDERED** that the action against Walmart Associates, Inc. is dismissed, with prejudice, and without costs to any party.

Dated this   22nd   day of October, 2009.

BY THE COURT:

 s/ William C. Griesbach
William C. Griesbach
United States District Judge

Dockets.Justia.com